**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

Nos. 97-2805/97-3454

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeals from the United States |
| | * | District Court for the |
| Randy M. Oster, | * | District of North Dakota. |
| | * | |
| Appellant, | * | [UNPUBLISHED] |
| | * | |
| Lois M. Oster, | * | |
| | * | |
| Defendant. | * | |

_____

Submitted: April 29, 1998
Filed: May 4, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Randy M. Oster, co-defendant with his wife in an eviction action initiated by the United States, appeals from the district court's[1] denial of his Fed. R. Civ. P. 60(b) motions and its issuance of a writ of assistance. Oster

_____

[1]The Honorable Patrick A. Conmy, United States District Judge for the District of North Dakota.

argues on appeal that he is entitled to Rule 60(b) relief because the district court lacked jurisdiction to enter the eviction order, and the Osters were denied a full redemption period. After careful review we conclude the district court did not abuse its discretion when it denied Oster Rule 60(b) relief. See Schultz v. Commerce First Fin., 24 F.3d 1023, 1024 (8th Cir. 1994). We also conclude Oster's argument that the district court lacked jurisdiction to issue the writ of assistance is meritless. See Lara v. Secretary of Interior, 820 F.2d 1535, 1543 (9th Cir. 1987). Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.